```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

EUROPTICS INC.,

        Defendant.

21 Civ. 8835 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters. ECF Nos. 22, 24. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 25, 2022**, Defendant shall file its motion to dismiss;
3. By **April 15, 2022**, Plaintiff shall file his opposition papers; and
4. By **April 29, 2022**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge