

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2022

March 24, 2022

**Via ECF and Electronic Mail**

Hon. Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Arturo Estevez v. Europtics Inc.*
               *Case No. 1:21-cv-08835-AT*

Dear Judge Torres:

      This firm represents Defendant Europtics Inc. ("Defendant") in the above-captioned action. I write, pursuant to Rule I(C) of Your Honor's Individual Practices to request that Defendant's time file its motion to dismiss be extended from March 25, 2022 to April 1, 2022.

      Pursuant to the Court's order, dated February 18, 2022 (ECF No. 27), the Court granted Defendant's request to file a motion to dismiss, and ordered that same be filed by March 25, 2022. The parties have recently engaged in settlement discussions to resolve this action. To facilitate a possible resolution, we request the deadline to file the motion to dismiss be extended one week so that we can avoid the additional expense of completing the motion if a settlement can be reached.

      There have been no prior requests for an extension of the time to file the motion to dismiss. Plaintiff's counsel consents to the requested extension.

      If the requested extension is granted, the deadlines set forth in the February 18, 2022 Order would need to be adjusted as follows: (1) Plaintiff's deadline to file opposition would need to be extended from April 15, 2022 to April 22, 2022; and (2) Defendant's time to file a reply would need to be extended from April 29, 2022 to May 5, 2022.

GRANTED.

SO ORDERED.

Dated: March 25, 2022
       New York, New York

ANALISA TORRES
United States District Judge